Helen A. Sklar, Esq., Kari E. Hong, Law Office of Helen Sklar, Esq., Los Angeles, CA, for Petitioner.

CAC–District Counsel, Esq., Office of the District Counsel, Department of Homeland Security, Los Angeles, CA, Ronald E. LeFevre, Chief Counsel, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, Alison Marie Igoe, Esq., DOJ—U.S. Department of Justice, Civil Div./Office of Immigration Lit., Washington, DC, for Respondent.

Before: KOZINSKI, LEAVY, and BYBEE, Circuit Judges.

## MEMORANDUM **

Davinder Paul, a citizen and native of India, petitions for review of an order of the Board of Immigration Appeals ("BIA") denying a motion to reopen removal proceedings based on ineffective assistance of counsel. We have jurisdiction under 8 U.S.C. § 1252(b) and review the denial of motions to reopen for an abuse of discretion. *See Maravilla Maravilla v. Ashcroft,* 381 F.3d 855, 857 (9th Cir.2004). We deny the petition.

The BIA did not abuse its discretion in denying Paul's motion to reopen for ineffective assistance of counsel as untimely and in refusing to apply equitable tolling to

the time limit. *See Iturribarria v. INS,* 321 F.3d 889, 898 (9th Cir.2003) (time for filing a motion to reopen may be equitable tolled when petitioner is prevented from filing because of deception, fraud, or error, as long as the petitioner acts with due diligence).

**PETITION FOR REVIEW DENIED.**

Saribek SARKISYAN, Petitioner,

v.

**Alberto R. GONZALES, Attorney General, Respondent.**

No. 05–72718.

United States Court of Appeals, Ninth Circuit.

Submitted March 12, 2007 *.

Filed March 15, 2007.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Saribek Sarkisyan, Valencia, CA, pro se.

Boris Baladjanian, Valencia, CA, for Petitioner.

CAC–District Counsel, Esq., Office of the District Counsel Department of Homeland Security, Los Angeles, CA, Ronald E. Lefevre, Chief Counsel, Office of the District Counsel Department of Homeland Security, San Francisco, CA, Douglas E. Ginsburg, Esq., John M. Mcadams, Jr., Esq., U.S. Department of Justice Civil Div./Office of Immigration Lit., Washington, DC, for Respondent.

Before: KOZINSKI, LEAVY, and BYBEE, Circuit Judges.

## MEMORANDUM **

Saribek Sarkisyan, a native and citizen of Armenia, petitions for review of the Board of Immigration Appeals' ("BIA") order denying his motion to reconsider its order dismissing as untimely Sarkisyan's appeal from an immigration judge's ("IJ") decision. To the extent we have jurisdiction, it is pursuant to 8 U.S.C. § 1252. We review for abuse of discretion the denial of a motion to reconsider, *Lara–Torres v. Ashcroft*, 383 F.3d 968, 972 (9th Cir.2004), *amended by* 404 F.3d 1105 (9th Cir.2005), and review de novo due process challenges, *Martinez–Rosas v. Gonzales*, 424 F.3d 926, 930 (9th Cir.2005). We deny in part and dismiss in part the petition for review.

■ The BIA did not abuse its discretion by denying Sarkisyan's motion to reconsider because the motion did not identify any errors of fact or law in the BIA's October 5, 2004, order. *See Membreno v. Gonzales*, 425 F.3d 1227, 1230 n. 5 (9th Cir.2005) (en banc). Sarkisyan's due process challenge to the denial of the motion is not colorable. *See Lata v. INS*, 204 F.3d 1241, 1246 (9th Cir.2000) ("To prevail on a due process challenge ... [a petitioner] must show error and substantial prejudice.").

■ To the extent Sarkisyan contends the BIA violated due process by dismissing his appeal as untimely, we lack jurisdiction to consider this contention because

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

the petition for review is not timely as to that order. *See Martinez–Serrano v. INS,* 94 F.3d 1256, 1258 (9th Cir.1996).

**PETITION FOR REVIEW DENIED in part and DISMISSED in part.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.